IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 09-CV-0127-C |
| DAVID W. SUUTALA, | ) |
| Respondent. | ) |

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on April 22, 2009, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Benjamin Bentley or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of David W. Suutala, for the following years: 2000 and 2006, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other data specified in the Internal Revenue Service summons served upon respondent on December 22, 2008.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Benjamin

Bentley, 10208 Park Plaza, Suite C, Rothschild, WI 54474, telephone number 715/241-7089, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 11th day of June 2009.

/s/ Barbara B. Crabb
_____
HONORABLE BARBARA B. CRABB
United States District Judge